UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DUFFY LYNN STRIKER                                                        PETITIONER

V.                                              CIVIL ACTION NO. 3:16-CV-519-DPJ-FKB

WARDEN ARCHIE B. LONGLEY                                              RESPONDENT

ORDER

This case is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge F. Keith Ball. R&R [20]. Judge Ball recommended that Duffy Lynn Striker's 28 U.S.C. § 2241 petition be dismissed with prejudice as improperly pursued under that section. *Id.* at 2. Striker failed to respond in opposition to the R&R, and the time to do so has now expired.

The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge, and being advised in the premises, finds that the Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [20] of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court. The Petition is dismissed with prejudice. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 15th day of June, 2018.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE